DAVE WILLIAMS v. THE STATE.

No. 5440.  Decided October 22, 1919.

Theft—Bailment—Final Judgment—Notice of Appeal—Practice on Appeal.

In the absence in the record of a final judgment and notice of appeal, the appeal must be dismissed.

Appeal from the County Court of Sabine.  Tried below before the Hon. F. P. Adams, judge.

86 Texas—10

Appeal from a conviction of theft by bailment; penalty, a fine of twenty-five dollars and twenty-four hours confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*E. A. Berry,* Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—This is an appeal from a conviction in the County Court of Sabine County.

The Assistant Attorney General has filed a motion to have the case dismissed because of the fact that there appears in the record no final judgment and no notice of appeal. An examination of the record satisfies us of the correctness of this contention. The motion is accordingly sustained, and the appeal is dismissed.

*Dismissed.*